No. 77–614. U-Anchor Advertising, Inc. *v.* Burt, dba Granot Lodge. Sup. Ct. Tex. Certiorari denied. ▆

No. 77–621. Dade Christian Schools, Inc. *v.* Brown et al. C. A. 5th Cir. Certiorari denied. ▆

No. 77–628. Magill et al. *v.* Lynch et al. C. A. 1st Cir. Certiorari denied. ▆

No. 77–630. National Beryllia Corp. *v.* National Labor Relations Board. C. A. 3d Cir. Certiorari denied. ▆

No. 77–633. Irvin et ux. *v.* Sims et al. C. A. 4th Cir. Certiorari denied. ▆

No. 77–638. Granaderos *v.* Immigration and Naturalization Service. C. A. 6th Cir. Certiorari denied.

No. 77–641. Cantu *v.* United States. C. A. 5th Cir. Certiorari denied. ▆

No. 77–645. Der-Rong Chour *v.* Ferro, District Director, Immigration and Naturalization Service, et al. C. A. 2d Cir. Certiorari denied. ▆

No. 77–646. Brand *v.* United States. C. A. 5th Cir. Certiorari denied. ▆

No. 77–652. Dixon *v.* United States. C. A. 9th Cir. Certiorari denied. ▆

No. 77–656. International Association of Machinists & Aerospace Workers, AFL–CIO *v.* Equal Employment Opportunity Commission et al. C. A. 7th Cir. Certiorari denied. ▆

No. 77–659. Western Union Telegraph Co. *v.* Marshall, Secretary of Labor. C. A. 3d Cir. Certiorari denied. ▆